# EXHIBIT A

AUSTIN
DALLAS
LONDON
LOS ANGELES
NEW YORK
THE WOODLANDS
WASHINGTON. D.C.

# ANDREWS & KURTH
## MAYOR, DAY, CALDWELL & KEETON
### LLP.
ATTORNEYS

600 TRAVIS. SUITE 4200
HOUSTON. TEXAS 77002

TELEPHONE: 713.220.4200
FACSIMILE: 713.220.4285

March 19, 2002

Ms. Roberta Rossi, Esq.
General Counsel
Orion Refining Corporation
16701 Greenspoint Park Drive
Houston, Texas 77060

Re:     Engagement of Andrews & Kurth L.L.P. with regard to your dispute with UOP L.L.C.
(the "Matter")

Dear Robbi:

As we have discussed, our Firm is pleased to represent Orion Refining Corporation in connection with the Matter. The purpose of this letter is to set forth our agreement with respect to the terms of our representation of you in the Matter. If you engage our firm on additional legal matters, this engagement letter ("Agreement") will not apply to those other matters unless we specifically agree in writing.

Identification of Client. Our client in the Matter is Orion Refining Corporation.

Effective Date of Engagement. Our representation commenced on December 21, 2001. This Agreement is effective as to all time and expenses incurred by the Firm from that date forward.

Scope of Engagement. As counsel for you, we will represent your interests in regard to the Matter. Please understand that, although we may from time to time express opinions or beliefs to you, or to others at your request, concerning the Matter or its anticipated outcome, we cannot and do not make any promise, representation, warranty or guarantee as to any particular result.

Cooperation. To enable us to effectively perform the services contemplated, it is essential that you disclose fully and accurately all facts and keep us apprised of all developments relating to the Matter. You agree to cooperate fully with us and to make your representatives available to attend meetings and conferences, and, if necessary, hearings and other proceedings. We will attempt to schedule hearings and other proceedings to serve the convenience of those representatives, but it is the nature of court proceedings that such schedules often are not within our control.

Staffing.  We will assign such personnel to the Matter as we believe appropriate in seeking to achieve a favorable result for you.  Currently, our plan is that I will serve as partner in charge for the Matter, and that Joe Holzer, a litigation partner with the Firm, will assist me.  Other attorneys and paralegals will also assist as necessary.  We will keep you advised, periodically and on request, of the status of the Matter.

Fees and Expenses.  Our fees and expenses incurred will be payable as follows:  Orion shall pay 60 percent of our standard hourly rates plus 50 percent of the expenses incurred on this assignment (including experts, investigators, and consultants), all of which will be invoiced monthly.  Any recovery in the litigation shall first be allocated to reimburse Orion and our Firm for expenses paid by each.  The remaining amount of the recovery in the litigation, after the expense reimbursements, shall be the "Net Recovery".  The Net Recovery shall not include, however, any credits or offsets which do not consist of cash recoveries, including but not limited to service, consulting, royalty or license fee credits.  In addition to the 60% of our standard hourly rates payable above, our firm shall be paid a contingent fee on any Net Recovery as follows: 10 percent of the first $10,000,000; 7.5 percent of the next $10,000,000; and 5 percent of any Net Recovery above $20,000,000.

Our Firm's our current standard hourly rates range from approximately $140 to $550 for attorneys and from $80 to $140 for paralegals.  In some instances, for very specialized experience, special knowledge or services, attorney rates are higher.  Currently my hourly rate is $490, and Mr. Holzer's rate is $375.  The billing rates of the associates that will assist us will obviously be lower. If the hourly rates generally charged by our Firm should change during this representation, as they normally do at the first of each year, that new rate will become applicable to work done after the rate change.  Orion grants our firm a lien on any recovery to secure payment of amounts due our firm.

Billing Cycle.  Our billing rates are based on the assumption of prompt payment.  We bill our clients on a monthly basis, and payment is due within fifteen (15) days of receipt.  A statement is past due if payment is not received within thirty (30) days from the date our statement was mailed.  You understand and agree to the general policy of the Firm that, consistent with ethical obligations, the Firm will cease work for clients who are more than sixty (60) days in arrears in the payment of our statements.

Other Charges.  In addition to our fees for rendering professional services, our statements will include your 50% share of the charges for expenses and services incurred incident to the performance of our legal services, including photocopying, court reporters, experts, investigators and consultants, delivery charges, travel expenses, long-distance telephone calls, facsimile transmissions, and specialized computer applications such as computerized legal research and filing fees. A copy of our current Expense and Services Summary schedule, which is subject to change from time to time, is attached.

We have received and reviewed and will make every effort to comply with Orion's *Policies And Procedures For Attorneys Providing Legal Services To Orion Refining Corporation*, a copy of which is attached to this Agreement.

Retainer. In connection with certain representations, it is our Firm's policy to obtain an advance retainer payment against which fees and expenses, if not timely paid, will be charged, before our representation of you commences. However, in connection with the Matter, we have agreed with you that no retainer will be required so long as all of our statements relating to the Matter are timely paid. If payment should become overdue on any statement, we may request that a reasonable retainer be advanced by you, as a condition of our further representation of you hereunder.

Cost Estimates. Fees and costs relating to this Matter are not predictable. From time to time at your request we may furnish estimates of legal fees and other charges that we anticipate will be incurred in connection with the Matter. Such estimates are by their nature inexact because of unforeseeable circumstances and, therefore, our actual fees and other charges billed may vary from such estimates.

Client Documents. We will maintain all documents you furnish us in our client files maintained for the Matter. At the conclusion of the Matter (or earlier if appropriate), it is your obligation to advise us as to which, if any, of the documents in our files you wish us to return to you. We may keep copies thereof to the extent we believe advisable for our records. We will retain any remaining documents and our own files, including lawyer work product, for a certain period of time and ultimately destroy them in accordance with our record retention program schedule then in effect, if any.

Termination or Withdrawal. Because the attorney-client relationship is a very personal one, we have the right at any time to terminate this engagement for any reason, consistent with ethical requirements imposed on us by rule or law. In the event of termination before the Matter is concluded, we will make every reasonable effort to effect an orderly transfer of your files, at your expense, to whomever you may designate. You will remain responsible for all accrued and unpaid fees and expenses existing at the time of such termination and we will waive our contingent interest in any future Net Recovery (but not reimbursement of expenses) as a condition of any decision by the Firm to withdraw from representing Orion in this Matter.

Conclusion of Engagement. Upon completion of our Firm's representation of you in the Matter, whether upon completion of the Matter or due to termination or withdrawal, our Firm will have no further obligation to advise you with respect to the Matter or with respect to changes in the laws or regulations that could have an impact upon your future rights and liabilities relating to the Matter.

Choice of Law. This Agreement shall be governed by and construed in accordance with the law of the State of Texas without giving effect to the principles of conflicts of laws thereof.

Thank you again for the opportunity to represent you in the Matter. We request that you sign and date and return one copy of this letter. Please keep a copy of this letter for your files so that you will have a record of the Agreement.

Very truly yours,

John A. Lee
for Andrews & Kurth L.L.P.

AGREED AND APPROVED:

Orion Refining Corporation
By: _Roberta Rossi_
Its: _General Counsel_

Date Signed: 3 / 19 / 02

Taxpayer Identification Number:

_____
S.S. No. or E.I.N.)

# A&K Expenses and Services Summary

| EXPENSE/SERVICE | COST |
|---|---|
| *Data Base Research* | |
| Lexis, Westlaw, Information America | Direct Cost or Allocation of Direct Cost varies based on search type.) |
| *Deliveries* | |
| Overnight/Express | Based upon the courier's standard charges for the service. |
| Local Outside Courier | Based upon the courier's standard charges for the service. |
| Firm Messengers | No charge. |
| *Duplicating* | |
| Photocopy | $0.20 per page. |
| Microfilm/Microfiche | $0.50 per page. |
| Edgar Filings | $15.00 per page plus $75.00 flat rate per filing. |
| Weekend & Late Evening Air Conditioning | At our cost, but chargeable to the client only if necessitated by client requirements or by unscheduled matter deadlines. |
| Postage | U.S. Postal Service rates. |
| Secretarial Overtime | Chargeable to the client only if necessitated by client requirements or by unscheduled matter deadlines. |
| Facsimile (Outgoing) | $1.50 per page. |
| Telephone - Long Distance | AT&T normal rates. |
| *Transportation* | |
| Mileage (personal automobile) | Applicable IRS allowable rate per mile. |
| Airlines, Lodging, Meals and Car Rental | Direct Cost. We will try to take advantage of discounts and special rates, but can give no assurance we will be able to do so. Air travel will be charged at coach class rates unless you approve another level of service. |
| Other Third Party Expense | To the extent the third party costs (such as court costs, court reporter fees, outside photocopying, and expert witness fees) are not billed directly to you, or forwarded by us to you for direct payment, they will be rebilled by us to you based on our direct cost therefor. (Please advise attorney in charge if you want to receive copies of third party invoices that are rebilled to you.) |

_EXPENSE/SERVICE_                         _COST_

Note: To assist you in complying with regulations under IRS ' 274, overtime meals and travel meals will be separately stated in bills.  Actual invoices are available on request.