# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | |
| **ORION REFINING CORPORATION** | § | **Case No. 03-11483 (MFW)** |
| | § | |
| **Debtor.** | § | |
| | § | |

## STATEMENT OF ANDREWS & KURTH L.L.P. AND DECLARATION OF JOE C. HOLZER PURSUANT TO BANKRUPTCY RULES 2014 AND 2016(b) AND BANKRUPTCY CODE SECTION 504

Joe C. Holzer declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner with Andrews & Kurth L.L.P, proposed special counsel for Orion Refining Corporation (the "Debtor"). I present this declaration to respectfully represent, to the best of my knowledge, that at this time Andrews & Kurth L.L.P. ("A&K" or the "Firm") represents no interest adverse to the Debtor or the estate in the matters upon which A&K is to be engaged by the Debtor. The employment of A&K would be in the best interest of the Debtor and the estate.

2.      Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), A&K will provide the Court with any supplemental information regarding A&K's connections with the Debtor, as that information becomes available.

3.      To my knowledge, the Debtor has not yet filed its schedules of assets and liabilities, statement of financial affairs, schedule of executory contracts and unexpired

leases, or list of equity security holders. Therefore, the Debtor has not yet identified all potential parties with an interest in this proceeding.

4. A&K has conducted a search of its computer records to determine the Firm's currently known contacts with the following: (a) the Debtor, (b) the Debtor's officers and directors, (c) affiliates of the Debtor, (d) the Debtor's thirty largest unsecured creditors, (e) the Debtor's secured creditors, (f) the Debtor's accountants, (g) known involved counsel, and (h) equity holders of the Debtor.

5. As far as I have been able to ascertain, after exercising due diligence, neither I, A&K, nor any partner, associate or counsel thereof (i) holds or represents any disqualifying interest adverse to the Debtor or the Debtor's estate on the matters on which A&K is to be employed or (ii) presently has any connection with the Debtor, or its creditors, its equity interest holders or any party in interest herein, or with the respective attorneys or accountants of the foregoing, or with the United States Trustee or any person employed in the office of the United States Trustee (collectively, the "Parties-in-Interest"), except as set forth in this declaration.

6. I, the Firm, its partners, associates and counsel (i) may have appeared in the past, and may appear in the future, in cases under the Bankruptcy Code or otherwise in which one or more of the Parties-in-Interest may be involved and (ii) may have represented in the past, and may represent in the future, certain Parties-in-Interest in matters unrelated to these cases and unrelated to the UOP Litigation. No such past or ongoing representation creates an adverse interest in A&K in the subject matter of this litigation, which is solely against UOP and its affiliates.

- 2 -

7. A&K's currently known connections to the Parties-in-Interest are as follows:

a. A&K has represented, currently represents, and may in the future represent General Electric Credit Corporation ("GECC") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent GECC in this bankruptcy case. GECC has no known connection to the UOP Litigation, and is not a party thereto.

b. A&K has represented, currently represents, and may in the future represent Credit Suisse First Boston ("CSFB") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent CSFB in this bankruptcy case. CSFB has no known connection to the UOP Litigation, and is not a party thereto.

c. A&K has represented and may in the future represent the Trust Company of the West ("TCW") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent TCW in this bankruptcy case. TCW has no known connection to the UOP Litigation, and is not a party thereto.

d. A&K has represented and may in the future represent Jefferies & Company, Inc. ("Jeffries") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Jeffries in this bankruptcy case. Jeffries has no known connection to the UOP Litigation, and is not a party thereto.

e.  A&K has represented, currently represents, and may in the future represent Goldman Sachs ("Goldman") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Goldman in this bankruptcy case. Goldman has no known connection to the UOP Litigation, and is not a party thereto.

f.  A&K has represented, currently represents, and may in the future represent the Morgan Stanley Capital Group, Inc. ("Morgan") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Morgan in this bankruptcy case. Morgan has no known connection to the UOP Litigation, and is not a party thereto.

g.  A&K has represented and may in the future represent Air Products & Chemicals Inc. ("Air Products") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Air Products in this bankruptcy case. Air Products has no known connection to the UOP Litigation, and is not a party thereto.

h.  A&K has represented, currently represents, and may in the future represent Merrill Lynch & Co. ("Merrill Lynch") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Merrill Lynch in this bankruptcy case. Merrill Lynch has no known connection to the UOP Litigation, and is not a party thereto.

- 4 -

i.  A&K has represented and may in the future represent Paceholder & Associates ("Paceholder") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Paceholder in this bankruptcy case. Paceholder has no known connection to the UOP Litigation, and is not a party thereto.

j.  A&K has represented and may in the future represent United Scaffolding of America ("United") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent United in this bankruptcy case. United has no known connection to the UOP Litigation, and is not a party thereto.

k.  A&K has represented, currently represents, and may in the future represent Marathon Ashland Petroleum, L.L.C. ("Marathon") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Marathon in this bankruptcy case. Marathon has no known connection to the UOP Litigation, and is not a party thereto.

l.  A&K has represented, currently represents, and may in the future represent Air Liquide America, L.P. ("Air Liquide") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Air Liquide in this bankruptcy case. Air Liquide has no known connection to the UOP Litigation, and is not a party thereto.

m.   A&K has represented, currently represents, and may in the future represent Rhone Poulenc, Inc. f/k/a Rhodia, Inc. ("Rhodia") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Rhodia in this bankruptcy case. Rhodia has no known connection to the UOP Litigation, and is not a party thereto.

n.   A&K has represented, currently represents, and may in the future represent Lehman Brothers, Inc. ("Lehman") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Lehman in this bankruptcy case. Lehman has no known connection to the UOP Litigation, and is not a party thereto.

o.   A&K has represented and may in the future represent Putnam Investments, Inc. ("Putnam") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Putnam in this bankruptcy case. Putnam has no known connection to the UOP Litigation, and is not a party thereto.

p.   A&K has represented, currently represents, and may in the future represent the American Express Company ("Amex") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Amex in this bankruptcy case. Amex has no known connection to the UOP Litigation, and is not a party thereto.

q.   A&K has represented and may in the future represent the Lutheran Brotherhood ("Lutheran") or its affiliates in matters unrelated to the Debtor

or this case, and which are unrelated to the UOP Litigation. A&K will not represent Lutheran in this bankruptcy case. Lutheran has no known connection to the UOP Litigation, and is not a party thereto.

r.   A&K has represented, currently represents, and may in the future represent the Bank of New York ("BONY") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent BONY in this bankruptcy case. BONY has no known connection to the UOP Litigation, and is not a party thereto.

s.   A&K has represented, currently represents, and may in the future represent Valero Energy Corporation ("Valero") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Valero in this bankruptcy case. Valero has no known connection to the UOP Litigation, and is not a party thereto.

t.   A&K has represented, currently represents, and may in the future represent Entergy or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Entergy in this bankruptcy case. Entergy has no known connection to the UOP Litigation, and is not a party thereto.

u.   A&K has represented and may in the future represent Entex, Inc. ("Entex") or its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent Entex in this

HOU:2157506.4

bankruptcy case. Entex has no known connection to the UOP Litigation, and is not a party thereto.

v.     A&K has represented, currently represents, and may in the future represent Browning-Ferris Industries, Inc. ("BFI") its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent BFI in this bankruptcy case. BFI has no known connection to the UOP Litigation, and is not a party thereto.

w.     A&K has represented and may in the future represent AT&T Capital Corporation ("AT&T") its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent AT&T in this bankruptcy case. AT&T has no known connection to the UOP Litigation, and is not a party thereto.

x.     A&K has represented and may in the future represent MCI Worldcom, Inc. ("MCI") its affiliates in matters unrelated to the Debtor or this case, and which are unrelated to the UOP Litigation. A&K will not represent MCI in this bankruptcy case. MCI has no known connection to the UOP Litigation, and is not a party thereto.

8.     A&K has no agreement with any entity to share with such entity any compensation received by A&K relating to these proceedings, except to the extent such compensation may be shared among members of the Firm.

9.     My hourly rate is $395 per hour. The other attorneys primarily responsible for this matter will be John Lee whose hourly rate is $515 per hour and various associates

whose hourly rates range from $180 to $395 per hour. The hourly rates to be charged by A&K are the same charged to other clients and may be modified from time to time by A&K in the ordinary course of A&K's business.

10. As described in detail in the Application of the Debtors to Employ Andrews & Kurth L.L.P. as Special Counsel, in consideration of an incentive fee payable from a successful outcome in the UOP Litigation, A&K has agreed to discount its standard hourly rate by 40% for the services performed related to the UOP Litigation, and to discount its expenses 50%. All services performed in the bankruptcy case (as opposed to the services applicable solely to the UOP Litigation) will be compensated at 100% of the standard hourly rates charged by A&K.

11. Neither I, A&K , nor any partner, associate or counsel of the Firm, as far as I have been able to ascertain, represents any interest materially adverse to the Debtor or its estate on the matters upon which the Firm is to be employed in this case.

12. No promises have been received by A&K or by members or associates of A&K as to compensation in connection with this case except as described in the Debtor's application to employ A&K.

13. Prior to the Debtor's chapter 11 filing, A&K performed certain litigation services on behalf of the Debtor, as more fully described in the Application of the Debtors to Employ Andrews & Kurth L.L.P. as Special Counsel. Pursuant to Bankruptcy Code section 329 and Bankruptcy Rule 2016(b), A&K discloses that it has been paid $635,485.12 for prepetition services rendered (billed and paid at 60% actual) to the Debtors and expenses incurred (billed and paid at 50% actual) since May 1, 2002. A&K

has not received a retainer with regard to its representation of the Debtor in the UOP litigation. A&K has previously billed Orion in the ordinary course of business and has been paid by Orion. However, Orion has not paid $53,796.06 related to the most recent prepetition invoice.

14.     The attorneys at A&K who will be working on this engagement are familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for this district, and shall comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___7th___ day of May 2003.

_____
Joe Holzer

HOU:2157506.4